JAMES B. CURRELL v. RIVERTON COUNTRY CLUB.

September 30, 1980.

Petitions for certification denied.

STATE OF NEW JERSEY v. JOSEPH ROMANIELLO.

September 30, 1980.

Petition for certification denied.

RICHARD J. CERVONE v. ALLSTATE INSURANCE COMPANY.

September 30, 1980.

Petition for certification denied.

NEW JERSEY DENTAL ASSOCIATION v. JOEL S. SOKOL.

September 30, 1980.

Petition for certification denied.